AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:21-mj-54 | 2/10/21 13:01 | Office |

Inventory made in the presence of: Inspector Dorman

Inventory of the property taken and name of any person(s) seized:

Inventory taken nothing seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/21

*Executing officer's signature*

Joseph L Rossiter/Postal Inspector

*Printed name and title*